**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6998**

————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

HAROLD SMITH, JR.,

                                Defendant - Appellant.

————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-85-166, CA-01-2287-6-13)

————————

Submitted:  August 14, 2001        Decided:  August 28, 2001

————————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Harold Smith, Jr., Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold Smith, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Smith</u>, Nos. CR-85-166; CA-01-2287-6-13 (D.S.C. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>